450 A.2d 227

Nehf, Appellant v. Holland, M. D.
Petition for Allowance of Appeal
Denied Nov. 30, 1982.

Argued December 15, 1981. Wesley M. Wasylik, for appellant; Joseph C. Bernstein, for appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The order of April 29, 1981, is affirmed on the comprehensive opinion of Judge Davison.